# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### FORT LAUDERDALE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § § § § § § § | **JUDGMENT IN A CRIMINAL CASE** <br> (for Organizational Defendants) <br><br> Case Number: **0:21-CR-60123-RAR(1)** <br><br><br> Counsel for Defendant: **Samuel Joseph Rabin** <br> Counsel for United States: **Laurence M. Bardfeld** |
| **v.** | | |
| **AFFORDABLE HEALTHCARE SOLUTIONS, LLC** | | |

**The Defendant organization pleaded guilty to Count 1 of the Information.**

The Defendant organization is adjudicated guilty of this offense:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 U.S.C. §§ 331(c) and 333(a)(2) | Receiving adulterated devices in interstate commerce and delivering for pay | 05/11/2016 | 1 |

The Defendant organization is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the Defendant organization must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the Defendant organization must notify the Court and United States Attorney of material changes in economic circumstances.

Defendant Organization's
Federal Employer   45-4568304

Defendant Organization's Principal Business

September 15, 2021
Date of Imposition of Judgment

Signature of Judge

Defendant Organization's Mailing Address:

1121 South Military Trail, Suite 171
Deerfield Beach, FL 33442

**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

September 15, 2021
Date

AO 245E (Rev. FLSD 2/20) Judgment in a Criminal Case for Organizational Defendants          Judgment -- Page 2 of 3

DEFENDANT ORGANIZATION: **Affordable Healthcare Solutions, LLC**
CASE NUMBER: **0:21-CR-60123-RAR(1)**

## CRIMINAL MONETARY PENALTIES

The Defendant organization must pay the total criminal monetary penalties under the schedule of payments page.

|        | Assessment | Fine | Restitution |
|--------|------------|------|-------------|
| TOTALS | $400.00    |      |             |

If the Defendant organization makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| NAME OF PAYEE | TOTAL LOSS* | RESTITUTION ORDERED |
|---------------|-------------|---------------------|

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A and 113A for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245E (Rev. FLSD 2/20) Judgment in a Criminal Case for Organizational Defendants                    Judgment -- Page  3  of 3

DEFENDANT ORGANIZATION: **Affordable Healthcare Solutions, LLC**
CASE NUMBER: **0:21-CR-60123-RAR(1)**

### SCHEDULE OF PAYMENTS

Having assessed the Defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A**    ☒    **Lump sum payment of $400.00 due immediately.**

**It is ordered that the Defendant organization shall pay to the United States a special assessment of $400.00, which shall be due immediately.   Said special assessment shall be paid to the Clerk, U.S. District Court. Payment is to be addressed to:**

> **U.S. CLERK'S OFFICE**
> **ATTN: FINANCIAL SECTION**
> **400 NORTH MIAMI AVENUE, ROOM 8N09**
> **MIAMI, FLORIDA 33128-7716**

Unless the Court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment.   All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the Court.

The Defendant organization shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐    Joint and Several
     See above for Defendant and Co-Defendant Names and Case Numbers *(including Defendant number)*,
     Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☒    The Defendant organization shall forfeit the Defendant's interest in the following property to the United States:
     **FORFEITURE of the Defendant organization's right, title and interest in certain property is hereby ordered consistent with the parties' agreement.   The United States shall submit a proposed Order of Forfeiture within three days of this proceeding.**

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and Court costs.